1

2

3

4

5

6

7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10   HAROUTYUN KARABAJAKYAN,        )   Case No. CV 14-01024-SJO (AN)
                                    )
11              Plaintiff,          )   ORDER ACCEPTING THE FINDINGS
                                    )   AND RECOMMENDATION OF THE
12        v.                        )   UNITED STATES MAGISTRATE JUDGE
                                    )
13   CAROLYN W. COLVIN, ACTING      )
     COMMISSIONER OF THE SOCIAL     )
14   SECURITY ADMINISTRATION,       )
                                    )
15              Defendant.          )
                                    )
16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the

18   Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections,

19   which were filed on November 20, 2014. The Court has completed a *de novo* review of

20   those portions of the R&R to which Petitioner has objected.

21        IT IS ORDERED that:

22        1.    The Objections are overruled because the Court finds Petitioner's Objections

23   do not raise any arguments that show or establish that the findings and conclusions set

24   forth in the R&R are erroneous as a matter of fact or law. Further, Petitioner's 18-page

25   Objections raise arguments that are conclusory, speculative, or discuss and/or restate

26   various cases and legal principles.

27        2.    The Court accepts the findings and recommendation of the R&R.

28        3.    Judgment shall be entered dismissing this action with prejudice.

1    IT IS FURTHER ORDERED that the clerk shall serve a copy of this Order and the

2    Judgment on all counsel or parties of record.

3

4    DATED: _____12/5_____, 2014         _____

5                                            S. JAMES OTERO
                                             UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28