JS-6

```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

    DEC - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROUTYUN KARABAJAKYAN, | Case No. CV 14-01024-SJO (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that Judgment shall be entered dismissing the action with prejudice.

DATED: 12/5/17, 2014

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE